# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2012

Robert P. Young, Jr.,
Chief Justice

143769

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 143769
                                  COA: 302275
                                  Wayne CC: 02-010934-01

PHILLIP D. MITCHELL,
          Defendant-Appellant.
_____

       On order of the Court, the application for leave to appeal the August 17, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

y0319